Decided June 30, 1999

WILLIAM H. WILSON *v.* PLANNING AND ZONING COMMISSION OF THE TOWN OF EAST GRANBY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 182 (AC 17796), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that failure of the planning and zoning commission to comply with General Statutes § 8-3 (d) did not render the commission's decision null and void?"

PALMER, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16136.

*Fatima T. Lobo*, in support of the petition.

Decided June 30, 1999